**Order entered March 26, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00515-CV**

**MOHAMMAD ASHRAT, Appellant**

**V.**

**TARIQ M. CHOUDHRY, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07249**

**ORDER**

We **ORDER** appellant to file a response to appellee's Motion for Continuance, if any, **within five days** of this order.

/s/     DAVID J. SCHENCK
         PRESIDING JUSTICE